IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CONSECO SERVICES, L.L.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) Case No.: 09-CV-2130 CM/DJW | |
| vs. ) | |
| ) | |
| MATT V. ALEXANDER ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AFFIDAVIT OF SCOTT PERRY

I, Scott Perry, declare as follows:

1. I am over the age of 21 and otherwise competent to make this Affidavit.

2. This affidavit is given based on my personal knowledge.

3. I am currently President of Bankers Life and Casualty Company ("Bankers"). Bankers parent Company is CNO Financial Group ("CNO") (formerly Conseco Services, L.L.C.)

4. I was named President of Bankers on December 20, 2006. My prior positions with Bankers included Field Vice President from 2001 until 2004 and Chief Operating Officer from 2004 until 2006.

5. On December 19, 2006, at about the same time that I was named President of Bankers, I received an unsolicited email from a former employee, Matt Alexander ("Alexander"), demanding reimbursement of $12,477.68 in seminar expenses that Alexander claimed were owed to him prior to his termination from Bankers.

6. On January 17, 2007, I received another unsolicited email from Matt Alexander threatening to file suit in federal court unless I responded to him.

7. I forwarded the December 19, 2006 and January 17, 2007 emails described above to the then-Associate Counsel for Bankers, Keith Bankston, asking him to respond briefly to the emails with Bankers' position regarding Alexander's demand.

8. On January 20, 2007, I received a copy of an unsolicited email from Alexander sent to Keith Bankston and Peter Wilkins which again claimed that Alexander was owed $12,477.68. True and correct copies of the above emails are attached to this Affidavit as Exhibit A.

9. I have not responded to Alexander in any way regarding the above-described emails or any other matter related to this lawsuit.

10. I have had no contact of any kind with Alexander regarding the content of the above-described emails or any other matter related to this lawsuit.

11. I have not attempted to have contact of any kind with Alexander regarding the content of the above-described emails or any other matter related to this lawsuit.

12. I have no recollection of anything else related to the above-described emails, except that which is set out above.

13. I have no personal knowledge of any information related to this lawsuit other than the contents of the above-described emails.

14. My duties and responsibilities as President of Bankers include

- Overseeing approximately 350 home office and 600 field employees across over 220 locations nationwide.

- Working closely with and as a member of the CNO executive team on CNO corporate strategies, tactics and other corporate activities.

- Develop, execute and monitor financial plans for the Bankers Life business.

- Interact as needed with insurance regulators in Illinois (state of domicile for Bankers) and all other states where our 1.4 million policyholders reside, which is currently all 50 states.

- Meet daily with direct reports and matrix support area heads on issues impacting the effective operations of the business.

- Oversee all operational and procedural aspects of the Bankers Life and Casualty business unit.

- Serve as an insurance company board member for the following companies:
  Bankers Life and Casualty
  Bankers Conseco Life of New York
  Colonial Penn Life Insurance Company
  Washington National Life Insurance Company
  Conseco Life Insurance Company.

15. Given the demands of the above-mentioned duties and responsibilities, and the fact that I have no information available to me in this matter other than as stated above, scheduling the time necessary time to prepare for, travel to, and participate in a deposition is both time-consuming and would outweigh the value of any contribution my testimony would have in this lawsuit.

_____
Scott Perry

STATE OF ILLINOIS   )
                    )
COUNTY OF Cook      )

Sworn to and subscribed before me, the undersigned notary public this 17 day of May, 2010.

_____
Notary Public

My Commission Expires: 6/20/11

[Notary Seal]

> OFFICIAL SEAL
> AUTUMN M FARIS
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:06/20/11

3

## Keith Bankston's statement:

Attached is my recollection of the course of events involving Matt Alexander and Keith Bankston:

On Wednesday, January 18, 2007 the BLC President asked me (via an email) to respond to Matt Alexander's email (see below):

-----Original Message-----

From: Perry, Scott

Sent: Thursday, January 18, 2007 9:48 AM

To: Bankston, Keith

Cc: Wilkins, Peter R

Subject: FW: Peter Wilikins


Keith, can you please respond briefly to Matt on our position? I would just like to acknowledge his email, we don't need to debate him. Thanks.


-----Original Message-----

From: Matt Alexander [mailto:Matt_Alexander@sbcglobal.net]

Sent: Wednesday, January 17, 2007 2:45 PM

To: Perry, Scott

Subject: Peter Wilikins


Dear Scott,


I have not heard back from you regarding this matter. Unless I hear back by Fri. 19th January, I will proceed with filing a suit in Federal Court in Kansas City MO. My request has merit and I believe I will prevail. I do not understand Bankers unwillingness to resolve this matter in a less time consuming and less expensive way. For your recollection I am attaching the original email.

Matt Alexander 913-558-0028


Scott Perry                                                                Dec 19 2006

Bankers Life and Casualty Company

222 Merchandise Mart Plaza

Chicago IL 60664


Dear Mr. Perry

My name is Matt Alexander. I am writing to you as an ex Bankers employee. I was employed with bankers from 1990 thru 2005. Upon my termination I was working with BSM Mike Lees as a USM. I am requesting your help in getting monies that are owed to me from Bankers Life.

PLTF 1027




Upon my separation from Bankers Life I had approximately $28,000 in seminar expenses that was owed to me thru the BSM FSP account. Mike Lees reimbursed part or that amount, but I am still owed $12,477.68. Upon my termination, Keith Bankston, Carmella Storto, Peter Wilkins and Mike Lees were aware of the balance. I was told that it would be paid. Mike Lees did in fact reimburse me by signing over his reimbursement checks to me for over half that was due.

I am upset that I have requested several times and have been ignored on the remaining balance. Peter Wilkins told me he would take care of it on several occasions. He even had me fax in receipts and mail them to his secretary Cindy. I have then spoken with Carmella, Dick Brady and Keith Bankston and they have all told me that Peter Wilkins is the one who has to take care of it. Peter Wilkins now tells me that he is not going to get me paid and that I have to get it from Mike Lees. On several occasions Peter has lied to me and will no longer return my phone calls.

You are my last civil resort of settling this matter in an easy way.

Sincerely,

Matt Alexander
913-558-0028
Matt_Alexander@sbcglobal.net


I responded to Mr. Alexander which led to his e-mail (see below).

-----Original Message-----
From: Matt Alexander [mailto:Matt_Alexander@sbcglobal.net]
Sent: Saturday, January 20, 2007 3:02 PM
To: Bankston, Keith
Cc: Perry, Scott; Wilkins, Peter R
Subject: RE: Peter Wilkins

Mr. Bankston,

I am glad you acknowledge that we have discussed this in the past. This shows you have been ignoring my requests and not returning phone calls. I have faxed all of my receipts and sent copies to Cindy Mann at Peter Wilkins request. Mr. Wilkins had promised that he would reimburse me. I called Cindy Mann and she verified that she had received receipts. The fax was sent to 972-675-9449 on Mar. 23rd 2006. This has been an ongoing request for over a year. I have called you several times and you do not return my phone calls. I have called Peter Wilkins several times and he talks for a few moments and then acts as if his cell phone has dropped my call. During my calls with you and Mrs. Storto I told both of you of outstanding depts. from the branch owed me. I left you a very heated message about wanting my money and you never return any my calls. For your information the amount that is owed to me is $12,477.68. You can contact Cindy Mann for the receipts or Peter Wilkins. I also have a recorded call with Peter Wilkins telling me that he had forwarded the information to you. This is obviously a lie by Peter Wilkins.

 

Keith, I have been treated unfairly by Bankers Life. I have been treated without respect by you personally. After I made you aware that I was told to do certain things by Mike Lees, you told me that you would talk with Peter Wilkins about it and get back with me.

I do not need you to tell me that I can take whatever appropriate actions necessary. I have been very patient with Bankers Life in trying to resolve this matter. It is unfortunate that I finally got a response from you only after having to contact Scott Perry. At least there seems to one stand up guy in home office. After sixteen years of service I get treated this way. Don't let Peter Wilkins big ego get in the way of doing what is right. I would hope that you would want to resolve this matter in a less expensive and time consuming way.

Sincerely,

Matt Alexander

913-558-0028

From: Bankston, Keith [mailto:k.bankston@banklife.com]
Sent: Friday, January 19, 2007 2:27 PM
To: Matt_Alexander@sbcglobal.net
Cc: Zimpfer, Matt
Subject: FW: Peter Wilkins

Mr. Alexander,

As we have discussed in the past, if you provide verified receipts in compliance with the Bankers Life and Casualty Field Reimbursement Policy – your claims for reimbursement will be evaluated. This has yet to occur.

It is unfortunate that you perceive that you are being treated unfairly and you are obviously free to choose any course of action that you deem appropriate.

Keith Bankston

AVP & Assistant Counsel

Bankers Life and Casualty Company


The following Tuesday, 1/23/07 I received a voicemail message from Mr. Alexander that stated:

"Keith – this is Matt Alexander. I think you know why I'm calling. You can call me back at (913) 558-0028." Mr. Alexander called again later that day and I spoke with him. During the conversation I attempted to tell him that he should contact Matt Zimpfer to discuss his situation and that I was not the proper contact. Mr. Alexander began to yell "I'm not going to call anyone else. You'd better handle my situation or you'll have to pay. You'd better do whatever you have to get me my money or else."

As the conversation became more heated and Mr. Alexander's temper escalated I attempted to say, "You need to

 

listen to me for a moment." Mr. Alexander's response was, "NO! YOU LISTEN TO ME *SSHOLE!" I responded that the conversation was over that I would not tolerate being spoken to in such a manner by him or anyone else and then I hung up the telephone.

Mr. Alexander called my back probably 10 times in immediate succession where the first couple of calls I spoke to say "This conversation is over." The remainder of the times I let the telephone ring. On Mr. Alexander's final call that day he left a voice-mail message for me. The message stated that I should "check-out 'Keith Bankston.com' because it's amazing some of the thing you can find out about people."

I discovered a website in my name which I'm certain you have a copy. Later, I received an email in my own name (see below).

-----Original Message-----
**From:** Keith Bankston [mailto:bankstonkeith@yahoo.com]
**Sent:** Tuesday, January 23, 2007 3:59 PM
**To:** Bankston, Keith
**Subject:** Check out Keiths new web site

Hey Keith!

Check out your new web site! Once I get your approval I can inform your coworkers of its existence. I believe I just type in a name like J.Valdez@banklife.com or any other person at bankers. For example I could query all BSM's by doing a mailing like BSMlist@bankerslife.com . You get the idea.

www.KEITHBANKSTON.COM

Please respond fast because I am in the middle of making the site go live and am having it hosted overseas. I believe I can make the site look beautiful. I will try to include the stuff you like. For instance www.asianboys.com I heard is one of your favorites!!!!!!

If this were a pissing contest, I win!!!!!!!!

The following day, I received a subsequent e-mail in my name (see below).

-----Original Message-----
**From:** Keith Bankston [mailto:bankstonkeith@yahoo.com]
**Sent:** Wednesday, January 24, 2007 12:51 PM
**To:** Bankston, Keith
**Subject:** Kate

I for got to ask if you want me to have info on Kate at your site www.KeithBankston.com or do you want me to have it on her site www.KateBankston.com?

Either way I will be sure to have all the lastest.

 

Please get back

Mr. Alexander called me that afternoon. I spoke with him and reiterated that I could not help him and that he should contact Matt Zimpfer. After speaking with Matt Zimpfer, Mr. Alexander called me on Thursday 1/25/07 to intimate his regrets at harassing me and told me that he would take down any information regarding me and my wife. He also said that "I'm really a good guy, but everyone knows that if you f*ck with me, I'm a crazy mother f*cker!"

This was the last time that I had any contact with Mr. Alexander.

Keith Bankston
Associate Counsel
Bankers Life and Casualty Company
(312) 396-7687.

PLTF 1031



# KEITH BANKSTON

This coming Web site will have information on Keith Bankston who works at Bankers Life and Casualty in Chicago IL. You may contact Keith at 312-396-7687

This site may contain male homosexual pornographic images in honor of Keith.

This site will also be have opinions that people may upload regarding Keith Bankston.

This will be for the viewing pleasure of all Bankers Life employees at the Home office at 222 Merchandise Mart. This will done by emailing all employees through the banklife.com web mail server informing them of the new available web site of fellow employee Keith Bankston of the legal Dept.

In addition, popular web search engines such as Google and MSN will return this featured web site when anyone in the world does a Keith Bankston search. How great is that!!!!!!!!

You my want to visit some additional web sites that Keith Bankston has inspired:
BANKERSLIDE.COM
BANKERSLIFEANDCASUALTYSUCKS.COM
BANKERSLIFELTC.COM
BANKERSLIFESUCKS.COM
BANKERSLTC.COM
BANKERSSUCKS.COM
BLCSUCKS.COM
KEITHBANKSTON.COM
PETERWILKINSISGAY.COM

This domain is also available for sale. Please contact BankstonKeith@yahoo.com

Copyright Gerbil Lover All rights reserved.

PLTF 786